WESTERN UNION TELEGRAPH CO. v. BLANTON & NUNNALLY.

(No. 2709.)

APPEAL from Rusk County.  Opinion by HURT, J.

W. C. BUFORD, counsel for appellant.

.N. B. MORRIS, counsel for appellee.

§ 347. *Certiorari; motion to dismiss must be made and also presented at the return term or it cannot be entertained.*  Appellees having recovered a judgment in justice's court against appellant, the latter removed the cause to the county court by *certiorari*.  In the county court, appellee, at the term of the *certiorari*, filed a motion to dismiss the proceeding, but did not present said motion to the court at said term for action.  After several terms of said court had elapsed after the [filing of said motion, appellee presented the same to the court for action thereon, and the court sustained the motion and dismissed the *certiorari*, etc.  *Held* error.  A motion to dismiss a *certiorari* cannot be entertained unless made

at the return term of the *certiorari*. [R. S. art. 311.] Merely filing such motion is not sufficient. It must be presented to the court, and action thereon demanded at said return term.

November 23, 1887.        Reversed and remanded.